**Order entered February 19, 2015**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-14-01180-CV

### IN THE INTEREST OF M.A.A., A CHILD

**On Appeal from the 382nd Judicial District Court**
**Rockwall County, Texas**
**Trial Court Cause No. 01-09-843**

## ORDER

We **GRANT** appellant's February 17, 2015 motion for an extension of time to file a brief. Appellant shall file her brief by **MONDAY, MARCH 16, 2015**. *We caution appellant that no further extension of time will be granted absent extraordinary circumstances.*

/s/    ELIZABETH LANG-MIERS
       JUSTICE